IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **PATRICIA J. CRAWFORD,** | : | |
| | : | **Case No. 2:16-cv-799** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Kemp** |
| **COMMISSIONER, SOCIAL** | : | |
| **SECURITY ADMINISTRATION,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court on Magistrate Judge Kemp's May 12, 2017 **Report and Recommendation** (Doc. 19), which recommended that "Plaintiff's statement of errors be sustained to the extent that the case be remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g), sentence four." (Doc. 19 at 13.)

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.*) The parties have failed to file any objections, and the deadline for objections (May 26, 2017) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation (Doc. 19) based on the independent consideration of the analysis therein. This case is hereby **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

    s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: June 12, 2017**